UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND LEE GOINS, | No. 2:18-cv-1750 AC P |
| Plaintiff, | |
| v. | ORDER |
| D. RUTHERFORD, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action filed pursuant to 42 U.S.C. § 1983. On August 13, 2019, this court set a discovery and motion schedule. ECF No. 29. On August 22, 2019, defendants filed a motion for summary judgment contending that plaintiff failed to exhaust his administrative remedies before commencing this action. ECF No. 30. Accordingly, IT IS HEREBY ORDERED that:

1. The deadlines set forth in the discovery and scheduling order filed August 13, 2019, ECF No. 29, are stayed until further notice.

2. Plaintiff shall file and serve his opposition to the motion for summary judgment on or before September 12, 2019. See Local Rule 230(l); see also ECF No. 29 at 6-8.

SO ORDERED.

DATED: August 26, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE