UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND LEE GOINS,<br><br>  Plaintiff,<br><br>v.<br><br>D. RUTHERFORD, et al.,<br><br>  Defendants. | No. 2:18-cv-1750 TLN AC P<br><br><br>ORDER |

On August 22, 2019, defendants filed and served a motion for summary judgment on the ground that plaintiff, a state prisoner, failed to exhaust his administrative remedies before bringing this action. See ECF No. 30; see also 42 U.S.C. § 1997e(a) ("No action shall be brought with respect to prison conditions under section 1983 of this title . . . until such administrative remedies as are available are exhausted.").

Plaintiff's opposition to defendants' motion was due on or before September 12, 2019. See ECF No. 31; see also Local Rule 230(l) (opposition due within twenty-one days). However, plaintiff has not filed an opposition or otherwise communicated with the court.

Plaintiff will be given one final opportunity to respond to defendants' motion. Failure to respond will result in a recommendation that this action be dismissed without prejudice. Plaintiff is informed of the following legal authority.

////

1

Local Rule 230(l) provides: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion[.]" Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." Rule 41(b), Federal Rules of Civil Procedure, provides:

> Involuntary Dismissal; Effect. If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it. Unless the dismissal order states otherwise, a dismissal under this subdivision (b) and any dismissal not under this rule – except one for lack of jurisdiction, improper venue, or failure to join a party under Rule 19 – operates as an adjudication on the merits.

Fed. R. Civ. P. 41(b).

Pursuant to this authority, and good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff shall, on or before Friday, October 18, 2019, file and serve an opposition to defendant's motion for summary judgment, OR file and serve a statement of non-opposition to defendant's motion.

2. Defendant may file and serve a reply within seven (7) days after service of an opposition.

3. Should plaintiff fail to timely file and serve an opposition to defendant's motion, the undersigned will recommend that this action be dismissed without prejudice for failure to prosecute.

IT IS SO ORDERED.

DATED: September 24, 2019

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE