UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND LEE GOINS,<br><br>Plaintiff,<br><br>v.<br><br>D. RUTHERFORND, et al.,<br><br>Defendants. | No. 2:18-cv-01750-TLN-AC<br><br><br><br>**ORDER** |

Plaintiff Raymond Lee Goins ("Plaintiff"), a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 11, 2019, the magistrate judge filed findings and recommendations which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 35.) Neither party has filed objections to the findings and recommendations.

Accordingly, the Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983); *see also* 28 U.S.C. § 636(b)(1).

///

1

Having reviewed the file under the applicable legal standards, the Court finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed December 11, 2019 (ECF No. 35), are adopted in full;

2. Defendants' Motion for Summary Judgment (ECF No. 30) is GRANTED;

3. Plaintiff's claims against Defendants Hard, Saavedra, and Saelee are DISMISSED, with prejudice, due to Plaintiff's failure to exhaust his administrative remedies against them before commencing this action, *see* 42 U.S.C. § 1997e(a), and Plaintiff's failure to oppose Defendants' motion, *see* Local Rule 230(1), Fed. R. Civ. P. 41(b); and

4. This action shall proceed on Plaintiff's claims that Defendants Rutherford and Elizarraras used excessive force against Plaintiff in violation of the Eighth Amendment.

IT IS SO ORDERED.

Dated: January 8, 2020

Troy L. Nunley
United States District Judge