UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND LEE GOINS, | No. 2:18-cv-1750 TLN AC P |
| Plaintiff, | |
| v. | ORDER |
| D. RUTHERFORD, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se with this civil rights case, requests a stay in this action or an extension of the current deadlines for a minimum period of ninety days. Plaintiff states that he does not have access to the prison library due to facility-wide restrictions imposed in response to COVID-19 health concerns. The current deadlines in this case are May 1, 2020 (the discovery deadline) and August 7, 2020 (the dispositive motion deadline). ECF No. 37.

For good cause shown, IT IS HEREBY ORDERED that:

1. Plaintiff's request to the extend the deadlines in this case, ECF No. 38, is granted.

2. The discovery deadline is extended to July 31, 2020.

3. The dispositive motion deadline is extended to November 6, 2020.

DATED: April 15, 2020

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE